IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2021 SEP 29  A 9: 18

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TERRY MURRELL,           )
                           )
   Plaintiff,          )
                           )
v.                      )    Case No:  **2:21-cv-647-MHT-SRW**
                           )
R AND H SUPPLY,      )
                           )
   Defendant.       )

## <u>NOTICE OF REMOVAL</u>

COMES NOW Defendant R & H Supply Company in the above-styled lawsuit, misidentified

in Plaintiff's Complaint as "R and H Supply," and pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441

and 28 U.S.C. § 1446, files its Notice of Removal of this cause from the Circuit Court for

Montgomery County, Alabama to the United States District Court for the Middle District of

Alabama, Northern Division.  As grounds for the removal of this cause, Defendant shows unto the

Court as follows:

1.      On August 19, 2021, Plaintiff commenced this action in the Circuit Court for

Montgomery County, Alabama.  A true and correct copy of the Summons directed to Defendant

and the Complaint, with attachments thereto, is attached as Exhibit A.

2.      Defendant R & H Supply Company first received a copy of the Plaintiff's

Complaint when it was purportedly served in this action by process server on August 31, 2021.

Defendant R & H Supply Company has not yet filed its Answer or first responsive pleading to

Plaintiff's Complaint.

3.      The State Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a)

1

as Plaintiff's cause of action is a federal question arising under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq, as amended. Plaintiff alleges that during his employment with R & H Supply Company, R & H Supply Company subjected him to harassment and constructively discharged him based on race. Plaintiff does not allege any other federal or state law claims. Accordingly, this matter presents a federal question over which this Court has original jurisdiction and removal is appropriate under 28 U.S.C. § 1441(a).

4.      Pursuant to 28 U.S.C. § 1446(b), the removal of this cause to this Court is timely, as it has been less than 30 days since receipt by the removing Defendant, through service or otherwise, of a copy of the initial pleading setting forth Plaintiff's claim for relief.

5.      Pursuant to 28 U.S.C. § 1446(d), Defendant R & H Supply Company shall give written notice of this removal to the Plaintiff and also file a copy of said Notice with the Clerk of the Circuit Court for Montgomery County, Alabama. Defendant is the only defendant named in Plaintiff's Complaint.

6.      As required by 28 U.S.C. § 1441, the Defendant seeks to remove this case to the United States District Court for the Middle District of Alabama, Northern Division which is the District Court embracing the place where the state court lawsuit has been filed.

7.      By filing this Notice of Removal, Defendant R & H Supply Company does not waive any defenses, including but not limited to lack of personal jurisdiction and insufficiency of service of process, or concede that Plaintiff has stated any claims upon which relief may be granted. In addition, if any questions arise as to the propriety of the removal of this action, Defendant

requests the opportunity to brief any disputed issues and to present oral argument in support of its position that this case is properly removable.

WHEREFORE, the above premises having been considered, Defendant R & H Supply Company requests this Court make and enter proper orders to effectuate the removal of this cause from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division, and that no further or other proceedings shall be had with respect to this cause in the Circuit Court for Montgomery County, Alabama.

Respectfully Submitted this the 29th day of September, 2021

/s/ Matthew Parten
MATTHEW R. PARTEN (ASB-9939-J67V)
Counsel for Defendant R & H Supply Company

OF COUNSEL:

**HILL, HILL, CARTER, FRANCO
COLE & BLACK, P.C.**
Post Office Box 116
Montgomery, AL 36101
(334) 834-7600 - Telephone
(334) 263-5969 - Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 29th day of September, 2021, I have filed the foregoing with the Clerk of the Court and have served a copy of the foregoing by placing a copy of same in the U.S. mail, properly addressed and first class postage prepaid upon the following:

Terry Murrell
*Pro Se*
4523 Rosa L. Parks Avenue
Montgomery, AL 36105

/s/ *Matthew Parten*
Matthew R. Parten
OF COUNSEL