|  | **STATEMENT OF CLAIM** (Complaint) | Case Number |
|---|---|---|

IN THE _____ COURT OF __Montgomery__, ALABAMA
(Name of County)

__Terry Murrell__ v. __L and H Supply__
Plaintiff                          Defendant

Home/Business Address: __4523 Rosal Parks__   Home/Business Address: __1620 Forest Ave__
__Montgomery, Al 36105__                      __Montgomery Al 36106__

Additional Defendant: __1620 Forest Ave__
__Montgomery Al 36106__

**COMPLAINT**

I am an African American male, whom was I was hired by the above employer on Jan. 18, 2018, as a Delivery Driver/warehouse worker. I was given permission by General Manager, Jared Arnold that I do not have to go Peters Brother due to racist behavior and during the time of the instant that all had covid. John needed me to go late in the afternoon deep at my busy schedule, I told him I don't feel comfortable going an he knows I don't go there. He shouted at me I don't care about your feelings you can either walk or run but you going to do it, I told him no I'm not, I left and told the Howard (owner) so I went behind him, Howard ran me off saying he don't want to hear it, Jared told me he not going to anything about it he's sorry an no one should talk to you that, I left and went home, I text Howard asking him could I have my job he said no.

Terry Murrell
Plaintiff's Signature

334-544-2703
Plaintiff's Phone Number

Murrellterry3@gmail.com
Plaintiff's Email Address

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [X] EEOC | 420-2021-01546 |

_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| TERRY MURRELL | (334) 544-2703 | |

Street Address: 4523 ROSA L PARKS, MONTGOMERY, AL 36105

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| R & H SUPPLY | Unknown | (334) 832-4666 |

Street Address: 1620 FOREST AVE, MONTGOMERY, AL 36106

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-05-2021   Latest: 04-05-2021
[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I am an African American. I was hired by the above named employer in October 2018 as a Delivery Driver/Warehouse Worker. I was given permission by General Manager, Gerald Arnold (white), not to go to Bakers Brothers (a vendor) because some of the employees had COVID-19. On April 5, 2021, I was working and Salesperson John Meredith (white) told me, in a disrespectful manner, not to forget to go to Bakers Brothers for a delivery. I responded that I dont go to Bakers Brothers because of the COVID issues they have. John said, I don't care about what feelings you have about doing, but you can either walk or run but you going to do it. He then said he was going to tell Howard (Owner/white). Gerald said no one should ever talk to you like that.**

**I went to Howard and told him John was inappropriate when he spoke to me. Howard asked, What did John do? I told Howard he needed to ask John. Howard threw his hands up and said he didnt have time for this. I went to talk to Gerald, and he said Howard would not do anything about the situation. I was upset due to the continued harassment, so I got in my**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Terry Murrell on 06-29-2021 01:42 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-01546 |
|---|---|---|

and EEOC

*State or local Agency, if any*

truck and left.

**I believe I was discriminated against when I was constructively discharged because of my race (African American), in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Terry Murrell on 06-29-2021 01:42 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.   FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.   AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.   PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.   ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.   WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.